NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

KINETIC CONCEPTS, INC., KCI LICENSING, INC.,
KCI USA, INC., KCI MEDICAL RESOURCES, KCI
MANUFACTURING, WAKE FOREST UNIVERSITY
HEALTH SCIENCES, AND MEDICAL HOLDINGS
LIMITED,
*Plaintiffs-Appellants,*

v.

SMITH & NEPHEW, INC.,
*Defendant-Appellee.*

2011-1105

Appeal from the United States District Court for the Western District of Texas in case no. 08-CV-0102, Judge W. Royal Furgeson.

ON MOTION

ORDER

The appellants move for a 90-day extension of time, until June 7, 2011, to file their principal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.  No further extensions should be anticipated.

FOR THE COURT

MAR 0 7 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Donald R. Dunner, Esq.
Joseph R. Re, Esq.
s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**MAR 0 7 2011**

**JAN HORBALY**
**CLERK**